# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:27 pm, November 07 2
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____CB_____ Deputy

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:25-mj-02907-DRM |
| ERIK LEE MADISON | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 6 through 18, 2025  in the county of  Baltimore  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children |
| 18 U.S.C. § 2422(b) | Online Coercion and Enticement |
| 18 U.S.C. § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Rachel Corn, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: November 6, 2025

*Judge's signature*

City and state:   Baltimore, Maryland   Hon. Douglas R. Miller, U.S. Magistrate Judge
*Printed name and title*