**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | **Case No. 1:25-mj-2907-DRM** |
| ERIK LEE MADISON | * | |

   *     *     *     *     *     *     *     *     *     *     *

**<u>CONSENT TO DETENTION</u>**

       Mr. Erik Madison, through counsel, hereby consents to detention without prejudice to his

ability to request a prompt hearing to set appropriate conditions of release.

                          Respectfully submitted,

                          JIM WYDA
                          Federal Public Defender
                          District of Maryland

                          /s/
                          Maggie Grace (#29905)
                          Christina Wong (NY #5528146)
                          Assistant Federal Public Defenders
                          Federal Public Defenders Office
                          100 South Charles, Tower II, 9th Floor
                          Baltimore, MD 21201
                          410-962-3962
                          Maggie_grace@fd.org
                          Christina_wong@fd.org