## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

\*

vs.

Case No.   25-MJ-2907-DRM

\*

ERIK LEE MADISON

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

Pursuant to a filing submitted by defendant at ECF #11, where defendant is represented

by _Maggie Grace & Christina Wong (AFPD)_ , and the Government was represented by

Assistant United States Attorney _____Paul Budlow_____, it is

**ORDERED,** this __13th__ day of __November__ __2025__, that the above-named

defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice

to either side requesting a prompt hearing to set appropriate conditions of release or otherwise

address the detention of the defendant.

Erin Aslan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement